FILED

2013 Dec-17  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| STEVEN CRAIG TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-01560-SLB-PWG |
| | ) | |
| WILLIE THOMAS, Warden; and the | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed an Report and Recommendation on November 15, 2013 (Doc. # 7), recommending that the above-captioned petition for writ of habeas corpus (Doc. # 1) be dismissed. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTE**D. Accordingly, the petition (Doc. # 1) is due to be dismissed.

An appropriate order will be entered.

**DONE**, this the 17th day of December, 2013.

Sharon Lovelace Blackburn
_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE